**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian M. Weingart<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5695<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jaime A. Weingart<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3192<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    20–19749–JNP

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Brian M. Weingart                                          Jaime A. Weingart
                                                              fka Jaime Goldstein, fka Jaime Allison Goldstein

   11/25/20                                                   **By the court:**    Jerrold N. Poslusny Jr.
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 20-19749-JNP
Brian M. Weingart                                                                            Chapter 7
Jaime A. Weingart
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 4
Date Rcvd: Nov 25, 2020       Form ID: 318                   Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian M. Weingart, Jaime A. Weingart, 18 Callison Lane, Voorhees, NJ 08043-4113 |
| 518932027 | + | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518932025 |   | Advocare, PO Box 71422, Philadelphia, PA 19176-1422 |
| 518932028 | + | Akron Billing Center, 2620 Ridgewood Rd, Ste 300, Akron, OH 44313-3507 |
| 518932029 |   | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518932031 |   | American Express Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 518932033 |   | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 518932034 | + | Apex Asset Management, PO Box 7044, Lancaster, PA 17604-7044 |
| 518932047 | + | Cooper Health Systems-Physicians, ATTN: QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518932048 | + | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 518932049 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 518932051 |   | Cooper University Hospital, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 518932052 |   | Diagnostic Pathology Consultants, 520 E 22nd Street, Lombard, IL 60148-6110 |
| 518932055 | + | Discover, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 518932057 |   | Emergency Phy Assoc of S Jersey, PC, ATTN: Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518932058 |   | Emergency Phy Assoc of S Jersey, PC, ATTN: Akron Billing Center, 2620 Ridgewood Rd, Ste 300, Akron, OH 44313-3527 |
| 518932059 |   | Emergency Physicians of S Jersey PC, Akron Billing Center, 3585 Ridge Park Drive, Suite 300, Akron, OH 44333-8203 |
| 518932062 | + | Mohela/sofi, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518932063 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518932065 |   | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 518932069 | + | PHEAA, PO Box 1463, Harrisburg, PA 17105-1463 |
| 518932067 |   | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518932068 | + | Penn Medicine, 1500 Market Street, UM 600, Philadelphia, PA 19102-2157 |
| 518932070 |   | Phillips & Cohen Associates Ltd, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518932072 |   | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 518932071 | + | Phillips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518932073 | + | Princeton House, 1007 N. Federal Hwy, #280, Fort Lauderdale, FL 33304-1422 |
| 518932074 |   | Quality Asset Recovery, LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518932075 |   | REMEX, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518932076 |   | Remex, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 518932084 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 518932078 | + | Service Finance Company, 555 S. Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 518932077 | + | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 518932079 | + | SiriusXM Radio Inc., PO Box 33174, Detroit, MI 48232-5174 |
| 518932080 | + | South Jersey Radiology, PO Box 23355, Newark, NJ 07189-0001 |
| 518932081 |   | South Jersey Radiology Assoc., ATTN: Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518932083 | + | South Jersey Radiology Associates, PO Box 23355, Newark, NJ 07189-0001 |
| 518932082 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518932093 | + | University of Pennsylvania Health System, 1500 Market Street, UM 600, Philadelphia, PA 19102-2157 |
| 518932094 | + | Virtua Health, Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |
| 518932095 | + | Virtua Health, 118 Lukens Drive, New Castle, DE 19720-2727 |
| 518932096 |   | Virtua Medical Group, ATTN: Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518932097 |   | Voorhees Hospital, ATTN: Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2020 23:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2020 23:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518932030 | + EDI: AMEREXPR.COM | Nov 26 2020 02:18:00 | American Express, Global Collections and Strategy Legal Gr, 200 Vesey Street, New York, NY 10285-1000 |
| 518932032 | + EDI: AMEREXPR.COM | Nov 26 2020 02:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518932038 | EDI: BANKAMER.COM | Nov 26 2020 02:18:00 | Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 518932035 | + EDI: BANKAMER.COM | Nov 26 2020 02:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518932036 | + EDI: BANKAMER.COM | Nov 26 2020 02:18:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518932037 | EDI: BANKAMER.COM | Nov 26 2020 02:18:00 | Bank of America, PO Box 1390, Norfolk, VA 23501-1390 |
| 518932039 | + EDI: TSYS2.COM | Nov 26 2020 02:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518932040 | Email/Text: cms-bk@cms-collect.com | Nov 25 2020 23:17:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 518932041 | + EDI: CAPITALONE.COM | Nov 26 2020 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518932043 | + EDI: CITICORP.COM | Nov 26 2020 02:18:00 | Citi Cards, Box 6500, Sioux Falls, SD 57117-6500 |
| 518932044 | + EDI: CITICORP.COM | Nov 26 2020 02:18:00 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518932045 | + EDI: CITICORP.COM | Nov 26 2020 02:18:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518932046 | + EDI: WFNNB.COM | Nov 26 2020 02:18:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518932050 | Email/Text: legal-dept@cooperhealth.edu | Nov 25 2020 23:20:00 | Cooper University Hospital, One Cooper Plaza, Camden, NJ 08103-1489 |
| 518932054 | EDI: DISCOVER.COM | Nov 26 2020 02:18:00 | Discover, PO Box 6011, Dover, DE 19903-6011 |
| 518932056 | + EDI: DISCOVER.COM | Nov 26 2020 02:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518932061 | EDI: IRS.COM | Nov 26 2020 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518932042 | EDI: JPMORGANCHASE | Nov 26 2020 02:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518932064 | + Email/Text: bnc@nordstrom.com | Nov 25 2020 23:17:18 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518932066 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2020 23:18:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518932086 | EDI: RMSC.COM | Nov 26 2020 02:18:00 | Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 518932085 | EDI: RMSC.COM | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 318 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 26 2020 02:18:00 | Synchrony Bank, ATTN: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 518933029 | + | EDI: RMSC.COM | Nov 26 2020 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518932087 | + | EDI: RMSC.COM | Nov 26 2020 02:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 518932088 | + | EDI: RMSC.COM | Nov 26 2020 02:18:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518932089 | | EDI: TDBANKNORTH.COM | Nov 26 2020 02:18:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518932090 | | EDI: TDBANKNORTH.COM | Nov 26 2020 02:18:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 518932092 | | EDI: TDBANKNORTH.COM | Nov 26 2020 02:18:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518932026 | * | Advocare, LLC, PO Box 71422, Philadelphia, PA 19176-1422 |
| 518932053 | * | Diagnostic Pathology Consultants, 520 E. 22nd Street, Lombard, IL 60148-6110 |
| 518932060 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 518932091 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 32 Chestnut Street, Lewiston, ME 04240-7765 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;cheryl@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;cheryl@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joel R. Spivack | |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 25, 2020 | Form ID: 318 | Total Noticed: 73 |

Joel R. Spivack
    on behalf of Joint Debtor Jaime A. Weingart joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com

    on behalf of Debtor Brian M. Weingart joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6